UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kenneth G. Lyons, III,

Plaintiff,

v.

Beltrami County Sheriff'(s) Jail'(s) Medical dept. Provider'(s) Office'(s), *In their Official Capacity and in their Personal Capacity*; Crow Wing County Sherrif'(s) Jail'(s) Medical dept.'(s) Provider'(s) Office; and Essentia Health St. Joe's Brainerd, MN,

Defendants.

File No. 26-cv-2148 (ECT/DTS)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on August 17, 2026. ECF No. 17. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 17] is **ACCEPTED**; and

2. The action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court